### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Virgin Orbit, LLC,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No. 23-10408 (KBO) |
| Matthew Dundon, as Litigation Trustee of the VO Litigation Trust,<br><br>                      Plaintiff,<br><br>vs.<br><br>Bellows Manufacturing & Research, Inc.,<br><br>                      Defendant. | Adv. No. 25-50496 |

### NOTICE OF SCHEDULING OF MEDIATION

PLEASE TAKE NOTICE that, pursuant to the *Order Assigning Adversary Proceeding to Mediation and Appointing Mediator* [Docket No. 13] entered by the Court in the above-captioned adversary proceeding has been scheduled for mediation before Bradford Sandler, Esq. (the "Mediator") on September 26, 2025 at 9:00 a.m. ET (Eastern Time) via video conferencing.

PLEASE TAKE FURTHER NOTICE that the time and location of the mediation is subject to change by the Mediator upon reasonable notice.

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 4, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

| | |
|---|---|
| Dated: September 11, 2025 | **POTTER ANDERSON & CORROON LLP** |
| | */s/ Katelin A. Morales*  |
| | M. Blake Cleary (No. 3614) |
| | L. Katherine Good (No. 5101) |
| | Katelin A. Morales (No. 6683) |
| | Maria Kotsiras (No. 6840) |
| | 1313 North Market Street, 6th Floor |
| | Wilmington, DE 19801 |
| | Telephone: (302) 984-6000 |
| | Email: bcleary@potteranderson.com |
| |       kgood@potteranderson.com |
| |       kmorales@potteranderson.com |
| |       mkotsiras@potteranderson.com |
| | *-and-* |
| | **ASK LLP** |
| | Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292 |
| | 2600 Eagan Woods Drive, Suite 400 |
| | St. Paul, MN  55121 |
| | Telephone: (651) 289-3845 |
| | Email: jsteinfeld@askllp.com |
| | *-and-* |
| | Edward E. Neiger, Esq. |
| | 60 East 42nd Street, 46th Floor |
| | New York, NY  10165 |
| | Telephone: (212) 267-7342 |
| | Email: eneiger@askllp.com |
| | *Counsel for Plaintiff* |