**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Virgin Orbit, LLC,[1]<br><br>　　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-10408 (KBO) |
| Matthew Dundon, as Litigation Trustee of the VO Litigation Trust, *et al.*,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Defendants Listed Below,<br><br>　　　　　　　　　　　　　　Defendants. | |

**STATUS REPORT ON OPEN ADVERSARY
ACTIONS ASSIGNED TO THE HONORABLE KAREN B. OWENS**

　　　　Pursuant to the Scheduling Orders entered in the adversary actions associated with the above-captioned case, Plaintiff files the attached Status Report.

| | |
|---|---|
| Dated: October 9, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Katelin A. Morales*　　　　　　　　<br>M. Blake Cleary (No. 3614)<br>L. Katherine Good (No. 5101)<br>Katelin A. Morales (No. 6683)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Email: bcleary@potteranderson.com<br>　　　　kgood@potteranderson.com<br>　　　　kmorales@potteranderson.com<br><br>*Counsel for Plaintiff* |

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 4, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

# STATUS "A"

## CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| | | |

* None

## STATUS "B"

### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| Defendant Name | Adversary Number | Status |
|---|---|---|
|  |  |  |

* None

# STATUS "C"

**CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE AND NO ANSWERS HAVE BEEN FILED. THUS, PLAINTIFF WILL REQUEST DEFAULT JUDGMENTS:**

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Crown Building Maintenance Co. dba Able Services Maintenance | 25-50498 | Defendant has not filed an answer or responsive pleading. Plaintiff with move for default. |
| DT Machine, Inc. | 25-50500 | Defendant has not filed an answer or responsive pleading. Plaintiff with move for default. |
| T & F Sheet Metals Fab and Machining, Inc. | 25-50510 | Defendant has not filed an answer or responsive pleading. Plaintiff with move for default. |

* 3 Adversary Proceedings

# STATUS "D"

## PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENTS EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Aery Aviation, LLC | 25-50494 | The Parties have reached an agreement. Plaintiff will file a notice of dismissal. |
| ASC Process Systems, Inc. | 25-50495 | The Parties have reached an agreement. Plaintiff will file a notice of dismissal. |
| Velos LLC | 25-50514 | The Parties have reached an agreement. Plaintiff will file a notice of dismissal. |

* 3 Adversary Proceedings

# STATUS "E"

**PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:**

| Defendant Name | Adversary Number | Status |
|---|---|---|
| IHS Global Inc. | 25-50502 | The Parties have reached an agreement. Plaintiff will file a notice of dismissal upon receipt of the settlement funds. |
| Motive Companies, LLC dba Motive Workforce Solutions | 25-50506 | The Parties have reached an agreement. Plaintiff will file a notice of dismissal upon receipt of the settlement funds. |
| National Instruments Corporation | 25-50507 | The Parties have reached an agreement. Plaintiff will file a notice of dismissal upon receipt of the settlement funds. |

\* 3 Adversary Proceedings

# STATUS "F"

## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Insight Investments, LLC dba Red8 | 25-50503 | Defendant has filed an answer to Plaintiff's Complaint. |

\* 1 Adversary Proceeding

# STATUS "G"

## CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Bellows Manufacturing & Research, Inc. | 25-50496 | Mediation has been scheduled. |
| ACA International LLC | 25-50493 | Mediator has been appointed. Parties are working to schedule mediation. |
| TE Connectivity Corporation | 25-50511 | Mediator has been appointed. Parties are working to schedule mediation. |
| Cummings Industries, Inc. dba North American Crane Company | 25-50499 | Mediator has been appointed. Parties are working to schedule mediation. |

* 4 Adversary Proceedings

# STATUS "H"

## CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None

# STATUS "I"

## CONTESTED PREFERENCE ACTIONS WHERE DISPOSITIVE MOTIONS ARE PENDING:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| | | |

* None

## STATUS "J"

## CASES STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION / SUGGESTION OF BANKRUPTCY FILED OR REQUIRED:

| Defendant Name | Adversary Number | Status |
| --- | --- | --- |

\* None

# STATUS "K"

## CASES IN WHICH AN APPEAL IS PENDING:

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None